# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-1390 FMO (JCx) | Date | June 28, 2021 |
|---|---|---|---|
| Title | Great American Insurance Company v. Augustin Cantorberi Pool Pool, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Plaintiff filed this action on February 16, 2021, against Augustin Cantorberi Pool Pool, d/b/a VIP Detail Center ("Pool") and VIP Detail Center ("VIP") (collectively, "defendants"). (See Dkt. 1, Complaint). After the court issued an Order to Show Cause regarding the lack of service on defendants, plaintiff filed proofs of service on May 27, 2021. (See Dkt. 12) (POS, Pool); (Dkt. 13, POS, VIP). The proofs of service reflect that VIP was served on May 17, 2021, (Dkt. 13, POS, VIP), and that Pool was served on May 19, 2021. (Dkt. 12, POS, Pool). However, as of the date of this Order, neither Pool nor VIP has appeared in this action or filed an answer, and plaintiff has not filed any application for entry of default pursuant to Fed. R. Civ. P. 55(a). (See, generally, Dkt.). Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall filed applications for entry of default as to Pool and VIP by no later than **July 2, 2021**.

2. Plaintiff is admonished that failure to file applications for entry of default by the deadline set forth above, shall result in the action being dismissed for lack of prosecution and for failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |